1 | **Gust Rosenfeld P.L.C.**
Attorney Craig A. McCarthy
SBA # 013128
One East Washington Street, Suite 1600
Phoenix, AZ 85004
Phone: 602-257-7974
E-mail: mccarthy@gustlaw.com
Representing: William C. Skurla, Kurt Richard Bennett,
Metropolitan Archdiocese of Pittsburg, and
Eparchy of Passaic, a New Jersey non-profit corporation

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Burri Law, P.A., a Florida professional Association, Dean Allen Burri, a Florida Resident;<br><br>Plaintiffs,<br><br>Vs.<br><br>William C. Skurla, an individual; Kurt Richard Burnett, an individual; Milan Lach, an individual; Metropolitan Archdiocese of Pittsburgh, Byzantine Rite, a Pennsylvania non-profit corporation, Byantine Catholic Diocese of Parma, an Ohio non-profit corporation; Eparchy of Passaic, a New Jersey non-profit corporation,<br><br>Defendants. | No.:<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Metropolitan Archdiocese of Pittsburgh and Eparchy of Passaic, William C. Skurla and Kurt Richard Burnett, by their attorneys, GUST ROSENFELD P.L.C., 28 U.S.C. §§1332(a)(1), 1441(a), 1446, and Local Rule 3.7 of the *Rules of Practice of the United States District Court for the District of Arizona*, The grounds for removal of this action are as follows:

CAM:amt  3881476.1  8/28/2020

1

1. A civil action designated as Case No. CV2020-008713 has been commenced and is now pending in the Superior Court of the State of Arizona, Maricopa County, between the above-named parties.

2. On July 27, 2020, Plaintiff filed the Summons and Complaint in the Superior Court of the State of Arizona against Archbishop William C. Skurla, a resident of Pennsylvania; Bishop Kurt Richard Burnett, a resident of New Jersey; Bishop Milan Lach; Metropolitan Archdiocese of Pittsburgh, Byzantine Rite; Byantine Catholic Diocese of Parma; Eparchy of Passaic; ABC Entities 1-10; and John and Jane Does 1-10. A true and correct copy of the Complaint is attached as **Exhibit B**.

3. The United States District Court- District of Arizona has jurisdiction over this action for the following reasons:

   a. The Plaintiffs are residents of the State of Florida. See **Exhibit B**. Defendant Archbishop William C. Skurla is a resident of Pennsylvania. Defendant Metropolitan Archdiocese of Pittsburgh, Byzantine Rite, aka the Byzantine Catholic Archeparchy of Pittsburgh is a Pennsylvania non-profit corporation. Defendant Bishop Kurt Richard Burnett is a resident of New Jersey. Defendant Eparchy of Passaic aka Byzantine Catholic Eparchy of Passaic is a New Jersey non-profit corporation. Defendant Bishop Milan Lach is a resident of Ohio. Defendant Byzantine Catholic Diocese of Parma aka Byzantine Catholic Eparchy of Parma is an Ohio non-profit corporation.

   b. Removal of this action to the United States District Court is proper under 28 U.S.C. Sec. 1441(a) and (b) because there is complete diversity of citizenship between the Plaintiffs and the Defendants and the amount in controversy exceeds $75,000. The United States District Court would, therefore, have had original jurisdiction of this matter under 28 U.S.C. Sec. 1332 had the action been brought in federal court originally.

   c. This Notice of Removal is timely under Section 1446(b) of Title 28 of the United States Code because the time permitted by statute for filing has not expired.

   d. All Defendants, including, Defendant Bishop Milan Lach is a resident of Ohio and Defendant Byzantine Catholic Diocese of Parma aka Byzantine Catholic Eparchy of Parma, consent to removal.

 5. Concurrent with the filing of the original Notice of Removal, Defendants, by their attorneys, notified all active parties and the Clerk of the Circuit Court for Maricopa County that this case is the subject of a petition for removal in the United States District Court for Arizona, as required by 28 U.S.C. § 1446(d).

## JURY DEMAND

 1. Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendants hereby demands trial by jury.

 Dated this 28th day of August, 2020.

                GUST ROSENFELD P.L.C.

                By:/s/: *Craig A. McCarthy*
                  Craig A. McCarthy
                  Attorney for William C. Skurla, Kurt Richard Burnett, Metropolitan Archdiocese of Pittsburg, and Eparchy of Passaic, a New Jersey non-profit corporation

CAM:amt 3881476.1  8/28/2020

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Deanna R. Rader
Jamie L. Mayrose
Rader Mayrose, LLP
812 North Second Avenue
Phoenix, AZ 85003
drader@radermayrose.com
jmayrose@radermayrose.com

*/s/ Adriana Taylor*

CAM:amt  3881476.1  8/28/2020