## Verification of Craig A. McCarthy

I, Craig A. McCarthy, am counsel for Defendants Metropolitan Archdiocese of Pittsburgh and Eparchy of Passaic, William C. Skurla and Kurt Richard Burnet.

The complaint is a true and complete copy filed and served on defendant in Maricopa County Superior Court Case No. CV2020-008713.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2020.

        /s/ *Craig A. McCarthy*
        Craig A. McCarthy
        Attorney for William C. Skurla, Kurt Richard Burnett, Metropolitan Archdiocese of Pittsburg, and Eparchy of Passaic, a New Jersey non-profit corporation